**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEBRA NUMBERS,

    Plaintiff,

v.                                             Case No: 8:17-cv-13-T-30AAS

SYNCHRONY BANK,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Stay Pending Arbitration (Dkt. #18).  Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Stay Pending Arbitration (Dkt. #18) is GRANTED.

2. The Parties are directed to arbitrate this case.

3. This case is stayed pending the resolution of the arbitration. The Clerk of Court is directed to administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of June, 2017.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record